UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 2:22-cr-00191** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **BENJAMIN PITSCH** | : | **MAGISTRATE JUDGE KAY** |

**JUDGMENT**

Before the court is a Report and Recommendation [doc. 41] of the Magistrate Judge, recommending that the defendant's guilty plea be accepted. After considering the record and noting the defendant's waiver of objections, the Court finds that the plea is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and that the defendant be finally adjudged guilty of the offenses charged in Count One of the Bill of Information.

Defendant is to be continued on bond under the previously imposed conditions, with the additional condition that, upon entry of this Judgment, defendant becomes convicted of the crime to which he pled, and defendant must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901 *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he resides, works, is a student, or was convicted of a qualifying offense.

Sentencing is set for November 30, 2023, at 10:00 a.m., before the undersigned in Lake Charles, Louisiana. Defendant's presentencing memorandum is due 14 days before the sentencing hearing, and any response by the government is due 7 days thereafter.

**THUS DONE AND SIGNED** in Chambers on the 14th day of August, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE